IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED FIRE & CASUALTY COMPANY | § § § | |
| V. | § § | No. 5:14CV150 |
| CONDEB, L.P. and CONDEB MANAGEMENT, LLC | § § § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 14) is **GRANTED**. It is further

**ORDERED and DECLARED** that Plaintiff United Fire & Casualty Company, under its policy no. 85316536, has no duty to defend and no duty to indemnify either Condeb, LP or Condeb Management, LLC for the claims asserted against either of them in the following underlying lawsuit: *Chriestenson v. Condeb, L.P*, No. 14C1306-202, in the 202nd Judicial District Court, Bowie County, Texas.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 18th day of March, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE